# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **GUY V. FORRESTER, SR., AND KIMBERLY M. FORRESTER,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **CASE NO. 5:18-cv-1392-LCB** |
| **MIDFIRST BANK,** | ) ) ) | |
| Defendant. | ) | |

___

| | | |
|---|---|---|
| **MITCHELL CHAPPELL AND BELINDA CHAPPELL,** | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **CASE NO. 5:18-cv-1398-LCB** |
| **MIDFIRST BANK,** | ) ) ) | |
| Defendant. | ) | |

___

| | | |
|---|---|---|
| **BRENDA COLE,** | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **CASE NO. 5:18-cv-1402-LCB** |
| **MIDFIRST BANK,** | ) ) ) | |
| Defendant. | ) | |

___

| | ) | |
|---|---|---|
| **JAMES MOORE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CASE NO. 5:18-cv-1413-LCB** |
| | ) | |
| **MIDFIRST BANK,** | ) | |
| | ) | |
| Defendant. | ) | |

___

| | ) | |
|---|---|---|
| **SENDRELLA MOORE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CASE NO. 5:18-cv-1414-LCB** |
| | ) | |
| **MIDFIRST BANK,** | ) | |
| | ) | |
| Defendant. | ) | |

___

| | ) | |
|---|---|---|
| **JAMES LOVE AND BEVERLY LOVE,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **CASE NO. 5:19-cv-0004-LCB** |
| | ) | |
| **MIDFIRST BANK,** | ) | |
| | ) | |
| Defendant. | ) | |

___

## **MEMORANDUM**

The parties have filed a Joint Stipulation of Dismissal with Prejudice as to All Consolidated Cases (Doc. 31). Parties may dismiss a lawsuit voluntarily by filing a

stipulation of dismissal signed by all parties who have appeared, except in suits involving class or derivative actions, unincorporated associations, and receiverships. Fed. R. Civ. P. 41(a)(1)(A)(ii). None of these exceptions apply in this case.

Because the parties have filed a joint stipulation of dismissal signed by all parties who have appeared, the case was dismissed, with prejudice, immediately upon filing. *Love v. Wal-Mart Stores, Inc.*, 865 F.3d 1322, 1325 (11th Cir. 2017) (holding that a joint stipulation of dismissal is "self-executing" and dismisses the case upon proper filing)). The Clerk of Court is therefore **DIRECTED** to close this case.

**DONE** and **ORDERED** this December 30, 2019.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE